IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALECIA T. CYPRIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-226-MEF |
| | ) | |
| AUBURN UNIVERSITY | ) | (WO) |
| MONTGOMERY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all claims in this action, judgment is ENTERED in favor of the Defendants and against the Plaintiff, Alecia T. Cyprian, with Plaintiff taking nothing by her claims.

(2) Costs are TAXED in favor of the Defendants and against the Plaintiff Alecia T. Cyprian for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 1st day of July, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE